### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### FORT WORTH DIVISION

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| THE PILL CLUB PHARMACY HOLDINGS, LLC, *et al.*, [1] | ) Case No. 23-41090 (ELM) |
| | ) |
| Debtors | ) (Jointly Administered) |

### GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND DISCLAIMERS REGARDING THE DEBTORS' SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The Pill Club Pharmacy Holdings, LLC and certain of its affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors") have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements," and together with the Schedules, the "Schedules and Statements") in the United States Bankruptcy Court for the Northern District of Texas (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), rule 1007 of the Federal Rules of Bankruptcy Procedure, and rule 1007-1of the Bankruptcy Local Rules for the Northern District of Texas (the "Bankruptcy Local Rules").

These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtors' Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

Liz Meyerdirk, Chief Executive Officer of The Pill Club Pharmacy Holdings, LLC and an authorized signatory for each of the Debtors, has signed each set of the Schedules and Statements. In reviewing and signing the Schedules and Statements, Ms. Meyerdirk has necessarily relied upon the efforts, statements, advice, and representations of various personnel employed by the Debtors and the Debtors' legal and financial advisors. Ms. Meyerdirk has not (and could not have) personally verified the accuracy of each such statement and representation, including statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Hey Favor, Inc. (3206), The Pill Club Pharmacy Holdings, LLC (0112), MedPro Pharmacy, LLC (1138), MobiMeds, Inc. (3165), FVR Medical Group, Inc. (6320), FVR Medical Group of New Jersey, PC (2934), FVR Medical Group of Kansas, PA (5449), and FVR Medical Group of Texas, PA (6479). The service address for the Debtors is: 411 Borel Avenue, San Mateo, CA 94402.

Although the Debtors' management and advisors have made reasonable efforts to ensure that the Schedules and Statements are as accurate as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent error, inaccuracies, or omissions may have occurred. Notwithstanding any subsequent information or discovery, the Debtors do not undertake an obligation or commitment to update the Schedules and Statements.

## <u>Global Notes and Overview of Methodology</u>

1.  **<u>Description of Cases and "As Of" Information Date</u>**. On April 18, 2023, (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their businesses and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

    On the Petition Date, an order was entered directing procedural consolidation and joint administration of these chapter 11 cases [Docket No. 5]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements.

    The asset information provided herein represents the asset data of the Debtors as of the close of business on April 18, 2023, except as otherwise noted. The liability information provided herein represents the liability data of the Debtors as of April 18, 2023 except as otherwise noted.

2.  **<u>Global Notes Control</u>**. These Global Notes pertain to and comprise an integral part of each of the Schedules and Statements and should be referenced in connection with any review thereof. In the event that the Schedules and Statements conflict with these Global Notes, these Global Notes shall control.

3.  **<u>Reservations and Limitations</u>**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, as noted above, inadvertent errors or omissions may exist. The Debtors reserve all rights to: (a) amend and supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including the right to amend the Schedules and Statements with respect to the description, designation, or Debtor against which any claim against a Debtor ("<u>Claim</u>")[2] is asserted; (b) dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; (c) subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or (d) object to the extent, validity, enforceability, priority, or avoidability of any Claim (regardless of whether of such Claim is designated in the Schedules and Statements as "disputed," "contingent," or "unliquidated"). Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of

---

[2] For the purposes of these Global Notes, the term "Claim" shall have the meaning as defined under section 101(5) of the Bankruptcy Code.

liability by the Debtor against which the Claim is listed or against any of the Debtors. Furthermore, nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or Claims of the Debtors against any third party or issues involving Claims, substantive consolidation, equitable subordination, or defenses and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph. Notwithstanding the foregoing, the Debtors shall not be required to update the Schedules and Statements. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

(a)     **Recharacterization.** Notwithstanding the Debtors' commercially reasonable efforts to properly characterize, classify, categorize, or designate certain Claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, redesignate, add, or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

(b)     **Classifications.** Listing (i) a Claim on Schedule D as "secured," (ii) a Claim on Schedule E/F as "priority" or "unsecured," or (iii) a contract on Schedule G as "executory" or "unexpired" does not constitute an admission by the Debtors of the legal rights of the claimant or contract counterparty, or a waiver of the Debtors' rights to recharacterize or reclassify such Claim or contract or to setoff of such Claim.

(c)     **Claims Description.** Schedules D and E/F permit each of the Debtors to designate a Claim as "disputed," "contingent," and/or "unliquidated." Any failure to designate a Claim on a given Debtor's Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated," or that such Claim is not subject to objection. The Debtors reserve all rights to dispute, or assert offsets or defenses to, any Claim reflected on their respective Schedules and Statements on any grounds, including, without limitation, liability or classification. Additionally, the Debtors expressly reserve all rights to subsequently designate such Claims as "disputed," "contingent," or "unliquidated" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Moreover, listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or by any of the Debtors. The Debtors reserve all rights to amend

Schedules and Statements as necessary and appropriate, including, but not limited to, with respect to Claim description and designation.

(d) **Estimates and Assumptions.** The preparation of the Schedules and Statements required the Debtors to make reasonable estimates and assumptions with respect to the reported amounts of assets and liabilities, the amount of contingent assets and contingent liabilities on the date of the Schedules and Statements, and the reported amounts of revenues and expenses during the applicable reporting periods. Actual results could differ materially from such estimates.

(e) **Causes of Action.** Despite reasonable efforts to identify all known assets, the Debtors may not have identified and/or set forth all of their causes of action (filed or potential) against third parties as assets in their Schedules and Statements, including, without limitation, causes of action that are required to be kept confidential and causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all rights with respect to any causes of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(f) **Intellectual Property Rights.** Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner; however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all such intellectual property rights.

(g) **Insiders.** In instances where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the

individuals and entities who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities.

The listing or omission of a party as an insider for purposes of the Schedules and Statements is for informational purposes and is not intended to be, nor should it be, construed as an admission of the legal characterization of such party as an insider for purpose of section 101(31) of the Bankruptcy Code and does not act as an admission of any fact, Claim, right, or defense, and all such rights, Claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements may not be used for: (i) the purposes of determining (A) control of the Debtors; (B) the extent to which any individual exercised management responsibilities or functions; (C) corporate decision-making authority over the Debtors; or (D) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability or (ii) any other purpose.

4.   **Methodology**.

(a)   **Basis of Presentation.** The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("GAAP"), nor are they intended to be fully reconciled to the financial statements of each Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment and reflect the Debtors' reasonable efforts to report the assets and liabilities of each Debtor on an unconsolidated basis.

(b)   **Comprehensive Enterprise.** The Debtors operate their business as a comprehensive enterprise, and their financial affairs are complex. Before the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their business (the "Cash Management System"). Disbursements under the Cash Management System were controlled primarily by the Debtors' treasury department. As described in further detail in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintain Existing Business Forms, and (C) Perform Intercompany Transactions and (II) Granting Related* Relief [Docket No. 9] (the "Cash Management Motion"), certain payments in the Schedules and Statements may have been made by one legal entity on behalf of another legal entity through the operation of the Cash Management System or otherwise as a result of the Debtors' operations. Further, due to the nature of the Debtors' operations, certain Claims set forth in one legal entity's Schedules and Statements may more appropriately be an obligation of another legal entity. Although diligent efforts have been made to set forth open payable amounts and Claims on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and Statements to attribute open payable amounts and Claims to a different legal entity, if necessary or appropriate.

(c)     **Confidential Information.** As of the date hereof, the Schedules and Statements do not include any redacted information. However, there may be instances in future amended versions of the Schedules and Statements where the Debtors deem it necessary and appropriate to redact from the public record information such as names, addresses, or amounts. Pursuant to the *Order (I) Authorizing the Debtors to File Under Seal (A) Certain Personal Identification Information and (B) Patient Information, (II) Approving the Form and Manner of Notice of the Commencement of These Chapter 11 Cases, and (III) Granting Related Relief* [Docket No. 59] (the "Creditor Matrix Order"), the Bankruptcy Court has granted the Debtors authority to redact certain confidential information. Typically, the Debtors would use this approach because of an agreement between the Debtors and a third party, concerns of confidentiality, and protection of sensitive commercial information, or concerns for the privacy of individuals, including employees. Any redactions shall be limited only to what the Debtors believe is warranted.

(d)     **Umbrella or Master Agreements.** Contracts and leases listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement. Other Debtors, however, may be liable instead of, or together with, such Debtor on account of such agreements, and the Debtors reserve all rights to amend the Schedules and Statements to reflect changes regarding the liability of the Debtors with respect to such agreements, if appropriate.

(e)     **Executory Contracts.** Although the Debtors have made reasonable efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so due to the complexity and size of the Debtors' businesses. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G. In addition, although the Debtors have made reasonable efforts to properly identify executory contracts and unexpired leases, the inclusion of a contract or lease on Schedule G does not constitute an admission as to the executory or unexpired nature (or non-executory or expired nature) of the contract or lease, or an admission as to the existence or validity of any Claims held by the counterparty to such contract or lease.   In addition, the Debtors have made reasonable efforts to identify all current executory contracts, however, the Debtors have not included the expiration dates or government contract numbers for all executory contracts.

(f)     **Leases.** The Debtors have not included the future obligations of any capital or operating leases in the Schedules and Statements. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule E/F of the Schedules.

In the ordinary course of business, certain of the Debtors may enter into agreements titled as leases for property, other real property interests, and equipment from third-party lessors for use in the daily operation of their business. Any known pre-petition

obligations of the Debtors' pursuant to the same have been listed on Schedule F or the underlying lease agreements are listed on Schedule G. Nothing in the Schedules or Statements is, or shall be construed to be, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease, a financing arrangement, or a real property interest), and the Debtors reserve all rights with respect to such issues.

(g)    **Net Book Value.** In certain instances, current market valuations for individual items of property and other assets are neither maintained by, nor readily available to, the Debtors. Accordingly, the Schedules and Statements reflect net book values as of April 18, 2023, except as otherwise noted. Also, certain assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset.

The book values of certain assets may materially differ from their fair market values and/or the Debtors' enterprise valuation that will be prepared in connection with the disclosure statement to the plan. For the avoidance of doubt, nothing contained in the Schedules and Statements is indicative of the Debtors' enterprise value.

Book values of assets prepared in accordance with GAAP generally do not reflect the current performance of the assets or the impact of the industry environment and may differ materially from the actual value and/or performance of the underlying assets.

(h)    **Property and Equipment.** Unless otherwise indicated, owned property and equipment are valued at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are listed in the Schedules and Statements. The majority of property and equipment set forth in the Schedules and Statements relates to personal property. Nothing in the Schedules and Statements is, or should be construed as, an admission as to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect thereto.

(i)    **Allocation of Liabilities.** The Debtors allocated liabilities between the prepetition and postpetition periods based on the information and research conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between the prepetition and postpetition periods may change. Accordingly, the Debtors reserve all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as necessary or appropriate.

(j)    **Undetermined Amounts.** The description of an amount as "unknown," "TBD," or "undetermined" is not intended to reflect upon the materiality of such amount.

(k)     **Unliquidated Amounts.** Amounts that could not be fairly quantified by the Debtors are scheduled as "unliquidated."

(l)     **Totals.** All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

(m)     **Paid Claims.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about April 19, 2023 and April 21, 2023 (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay in their discretion certain Claims on a postpetition basis; as such, outstanding liabilities may have been reduced by any court-approved postpetition payments made on prepetition payables. Where and to the extent these liabilities have been satisfied, they may not be listed in the Schedules and Statements. To the extent the Debtors later pay any amount of the Claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend or supplement the Schedules and Statements or to take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. Nothing contained herein should be deemed to alter the rights of any party in interest to contest a payment made pursuant to an order of the Bankruptcy Court where such order preserves the right to contest.

(n)     **Intercompany Claims.** As described more fully in the Cash Management Motion, the Debtors engage in a range of intercompany transactions in the ordinary course of business. Pursuant to the final order granting the relief requested in the *Final Order (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Maintaining Existing Business Forms, and (C) Perform Intercompany Transactions and (II) Granting Related Relief* [Docket No. 35] (the "Cash Management Order"), the Bankruptcy Court has granted the Debtors authority to continue the intercompany transactions in the ordinary course of business. Accordingly, intercompany balances as of April 18, 2023, as set forth in Schedule E/G or Schedule A/B 77 may not accurately reflect current positions.

The listing by the Debtors of any account between a Debtor and another Debtor or between a Debtor and a non-Debtor affiliate is a statement of what appears in a particular Debtor's books and records and does not reflect any admission or conclusion of the Debtors regarding the allowance, classification, characterization, validity, or priority of such account. The Debtors take no position in these Schedules and Statements as to whether such accounts would be allowed as a Claim, an Interest, or not allowed at all. Although reasonable efforts have been made to set forth all, or all material, intercompany transactions, on the Schedules and Statements of the correct legal entity, the Debtors reserve the right to modify or amend the Schedules and Statements to include additional intercompany transactions or to attribute intercompany transactions to a different legal entity, if necessary or appropriate. The Debtors reserve all rights with respect to such accounts.

(o)     **Guaranties and Other Secondary Liability Claims.** The Debtors have used their best efforts to locate and identify guaranties and other secondary liability claims (collectively, the "Guaranties") in their executory contracts, unexpired leases, debt instruments, and other such agreements. Where such Guaranties have been identified, they have been included in the relevant Schedule for the Debtor or Debtors affected by such Guaranties. The Debtors believe that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, other secured financing, debt instruments, and similar agreements may exist and, to the extent they do, will be identified upon further review. Therefore, the Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified.

(p)     **Excluded Assets and Liabilities.** The Debtors have excluded the following categories of assets and liabilities from the Schedules and Statements: certain deferred charges, accounts, or reserves recorded only for purposes of complying with the requirements of GAAP; deferred tax assets and liabilities; goodwill and other intangibles; and certain accrued liabilities including, but not limited to, accrued salaries and employee benefits. The Debtors also have excluded rejection damage Claims of counterparties to executory contracts and unexpired leases that have not been rejected, to the extent such damage Claims exist. The Debtors have also excluded claims filed with their insurance carriers as this information was not available at the time of these filings. In addition, other immaterial assets and liabilities may also have been excluded.

(q)     **Liens.** The inventories, property, and equipment listed in the Schedules and Statements are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

(r)     **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

(s)     **Credits and Adjustments.** The Claims of individual creditors for, among other things, goods, products, or services are listed as amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights respecting such credits, allowances and other adjustments.

(t)     **Setoffs.** The Debtors may incur setoffs and net payments in the ordinary course of business. Such setoffs and nettings may occur due to a variety of transactions or disputes including, but not limited to, intercompany transactions, counterparty settlements, pricing discrepancies, rebates, returns, refunds, and negotiations and/or disputes between Debtors and their customers and/or suppliers. These normal, ordinary course setoffs and nettings are common to the Debtors' business and are consistent with the ordinary course business of the Debtors' industry. Due to the nature of setoffs and nettings, it would be unduly burdensome and costly for the Debtors to list each such transaction. Therefore, although such setoffs and other similar rights may have been accounted for when scheduling certain amounts, these ordinary course setoffs are not independently accounted for, and as such, are or may be excluded from the Schedules and Statements. In addition, some amounts listed

in the Schedules and Statements may have been affected by setoffs or nettings by third parties of which the Debtors are not yet aware. The Debtors reserve all rights to challenge any setoff and/or recoupment rights that may be asserted.

### Specific Schedules Disclosures

**Schedules Summary**. Except as otherwise noted, the asset and liability information provided herein represents the Debtors' assets and liabilities as of the Petition Date.

For financial reporting purposes, the Debtors ordinarily prepare consolidated financial statements. Unlike the consolidated financial statements, the Schedules reflect the assets and liabilities of each Debtor on a nonconsolidated basis, except where otherwise indicated. Accordingly, the totals listed in the Schedules will likely differ, at times materially, from the consolidated financial reports prepared by the Debtors for financial reporting purposes or otherwise.

The Schedules do not purport to represent financial statements prepared in accordance with GAAP, nor are they intended to be fully reconciled with the financial statements of each Debtor. Certain write-downs, impairments, and other accounting adjustments may not be reflected in the Schedules. Additionally, the Schedules contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtors' reasonable best efforts to report the assets and liabilities of each Debtor on an unconsolidated basis. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission as to the Debtor's solvency as of the Petition Date or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent as of the Petition Date or at any time before the Petition Date.

1.    **Schedule A/B**

   (a)    **Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments**.

   - Details with respect to the Debtors' Cash Management System and bank accounts are provided in the Cash Management Motion and the Cash Management Order. The balances of the financial accounts listed on Schedule A/B, Part 1, are as of the Petition Date

   - Additionally, the Court, pursuant to the *Order (A) (I) Approving the Debtors' Proposed Adequate Assurance of Payment for Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, or Discontinuing Services, and (III) Approving the Debtors' Proposed Procedures for Resolving Adequate Assurance Requests and (B) Granting Related Relief* [Docket No. 83], has authorized the Debtors to provide adequate assurance of payment for future utility services. Such deposits are not listed on Schedule A/B, Part 2, which has been prepared as of April 18, 2023.

- Letters of credit are reflected on Schedule A/B, Part 1, Question 3 as part of the Collateral Accounts ending 5550 and 1623.

- The balances of deposits and prepayments presented on Schedule A/B, Part 2 are as of April 18, 2023.

(b)    **Parts 5, 7, 8, and 9 – Inventory, Excluding Agriculture Assets; Office Furniture, Fixtures, and Equipment; and Collectibles; Machinery, Equipment, and Vehicles; Real Property**.

- An external or professional valuation of the Debtors' physical goods inventory has not been taken.

- Dollar amounts are presented net of accumulated depreciation and other adjustments as of April 18, 2023.

- Certain of the instruments reflected on Schedule A may contain renewal options, guarantees of payments, options to purchase, and other miscellaneous rights. Such rights, powers, duties, and obligations are not separately set forth on Schedule A. The Debtors hereby expressly reserve the right to assert that any instrument listed on Schedule A is an executory contract within the meaning of section 365 of the Bankruptcy Code. The Debtors reserve all of their rights, claims, and causes of action with respect to claims associated with any contracts and agreements listed on Schedule A or Schedule G, including their right to dispute or challenge the characterization or the structure of any transaction, document, or instrument (including any intercompany agreement) related to a creditors' Claim.

(c)    **Part 10 – Intangibles and Intellectual Property**.

- The values ascribed to Domain names and internally developed software reflect net book value as of April 18, 2023.  The book values of Domain names and Internally developed software may materially differ from its fair market value and/or the Debtors' valuation prepared in connection with the disclosure statement.

(d)    **Part 11 – All Other Assets**.

- Dollar amounts are presented net of impairments and other adjustments.

- ***Notes Receivable***.    In the ordinary course of business, the Debtors accrue intercompany receivables.  Such intercompany receivables are not always included in the Debtors' representation of their assets.  The Debtors reserve all of their rights with respect to such intercompany receivables, including the categorization thereof.

11

- ***Other Contingent and Unliquidated Claims or Causes of Action of Every Nature, including Counterclaims of the Debtor and Rights to Setoff Claims***. In the ordinary course of their businesses, the Debtors may have accrued, or may subsequently accrue, certain rights to counter-claims, cross-claims, setoffs, refunds with their customers and suppliers, claims against subcontractors, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counter-claims and/or cross-claims as a defendant. The Debtors attempted to list known causes of action and other claims. Because certain of such claims are unknown to the Debtors and not quantifiable as of the Petition Date, they are not listed on Schedule A/B, Part 11. The Debtors' failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.

- ***Interests in Insurance Policies or Annuities.*** A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion for Entry of an Order Authorizing the Debtors to (I) Continue Insurance Coverage Entered into Prepetition and Satisfy Prepetition Obligations Related Thereto, (II) Renew, Amend, Supplement, Extend, or Purchase Insurance Policies* [Docket No. 10]. The Debtors believe that there is little or no cash value to the vast majority of such insurance policies. Accordingly, such policies are not listed on Schedule A/B, Part 11. All current insurance policies are listed in response to Schedule A/B 73.

- ***Interests in Net Operating Losses ("<u>NOLs</u>").*** Certain of the Debtors have the ability to take advantage of NOLs, which amounts may be accumulated for more than one tax year. For combined or consolidated returns, the value of NOLs is reported at the parent level. The Debtors may have the ability to claim NOLs for subsequent years.

(e)     **Schedule D – Creditors Who Have Claims in Property.** Except as otherwise agreed pursuant to a stipulation, or agreed order, or general order entered by the Bankruptcy Court that is or becomes final, the Debtors and their estates reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument related to such creditor's claim.

(f)     **Schedule E/F – Creditors Who Have Unsecured Claims**

Part 1 – Creditors with Priority Unsecured Claims. Pursuant to the *Order (I) Authorizing the Payment of Certain Prepetition Taxes and Fees and (II) Granting*

*Related Relief* [Docket No. 82] (the "Taxes Order"), the Debtors have been granted the authority to pay, in their discretion, certain tax liabilities that accrued prepetition. Accordingly, any unsecured priority claims based upon prepetition tax accruals that have been paid pursuant to the Taxes Order are not listed in Schedule E.

Furthermore, pursuant to the *Order (I) Authorizing the Debtors to (A) Pay Prepetition Wages, Salaries, Other Compensation, and Reimbursable Expenses and (B) Continue Employee Benefits Programs and (II) Granting Related Relief* [Docket No. 36] (the "Wages Order"), the Debtors received final authority to pay certain prepetition obligations, including to pay employee wages and other employee benefits, in the ordinary course of business. The Debtors believe that any non-insider employee claims for prepetition amounts related to ongoing payroll and benefits, whether allowable as a priority or nonpriority claim, have been or will be satisfied, and such satisfied amounts are not listed.

The listing of a Claim on Schedule E/F, Part 1, does not constitute an admission by the Debtors that such Claim or any portion thereof is entitled to priority status.

**Part 2 – Creditors with Nonpriority Unsecured Claims**. The liabilities identified in Schedule E/F, Part 2, are derived from the Debtors' books and records. The Debtors made a reasonable attempt to set forth their unsecured obligations, although the actual amount of Claims against the Debtors may vary from those liabilities represented on Schedule E/F, Part 2. The listed liabilities may not reflect the correct amount of any unsecured creditor's allowed Claims or the correct amount of all unsecured claims.

Schedule E/F, Part 2, contains information regarding threatened or pending litigation involving the Debtors. The amounts for these potential Claims are listed as "undetermined" and are marked as contingent, unliquidated, and disputed in the Schedules and Statements.

Schedule E/F, Part 2, reflects certain prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption or assumption and assignment of an executory contract or unexpired lease. Claims that may arise in connection with contracts that have been rejected have been marked as contingent and unliquidated in the Schedules and Statements. In addition, Schedule E/F, Part 2, does not include Claims that may arise in connection with the rejection of any executory contracts and unexpired leases, if any, that have not yet been rejected.

In many cases, the Claims listed on Schedule E/F, Part 2, arose, accrued, or were incurred on various dates or on a date or dates that are unknown to the Debtors or are subject to dispute. Where the determination of the date on which a Claim arose, accrued, or was incurred would be unduly burdensome and costly to the Debtors' estates, the Debtors have not listed a specific date or dates for such Claim.

As of the time of filing of the Schedules and Statements, the Debtors had not received all invoices for payables, expenses, and other liabilities that may have accrued prior to the Petition Date. Accordingly, the information contained in Schedules D and E/F may be incomplete. The Debtors reserve their rights, but undertake no obligations, to amend Schedules D and E/F if and as they receive such invoices.

(g)     **Schedule G – Executory Contracts and Unexpired Leases.** While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. Additionally, relationships between the Debtors and certain counterparties are often governed by a master services agreement or a master lease agreement, under which such counterparties also place work and purchase orders or lease riders and schedules, which may be considered executory contracts. Disclosure of these purchase and work orders or lease riders and schedules, however, is impracticable and unduly burdensome. Accordingly, to the extent the Debtors have determined to disclose master services agreements in Schedule G, purchase and work orders placed thereunder have been omitted.

Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that such contract or agreement was in effect on the Petition Date or is valid or enforceable. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth in Schedule G and to amend or supplement such Schedule as necessary. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as supplemental agreements and letter agreements, which documents may not be set forth in Schedule G.

In some cases, the same supplier or provider may appear multiple times in Schedule G. Multiple listings, if any, reflect distinct agreements between the applicable Debtor and such supplier or provider.

The Debtors reserve all rights to dispute or challenge the characterization of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. Contracts or agreements identified on Schedule G, include all amendments, supplements, and other documents related thereto. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

The Debtors have made reasonable efforts to locate and identify Guaranties in each of the executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements to which any Debtor is a party. Where Guaranties have been identified, they have been included in the relevant Schedules for the Debtor or Debtors affected by such Guaranties as a contingent and unliquidated obligation. The Debtors have placed the Guaranties on Schedule H for both the primary obligor and the guarantor of the relevant obligation. Guaranties were additionally placed on Schedule D or F for each guarantor, except to the extent they are associated with obligations under an executory contract or unexpired lease identified on Schedule G. It is possible that certain Guaranties embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. The Debtors reserve their rights to amend the Schedules to the extent additional Guaranties are identified or such Guaranties are discovered to have expired or be unenforceable. In addition, the Debtors reserve the right to amend the Schedules and Statements and to re-characterize or reclassify any such contract or Claim, whether by amending the Schedules and Statements or in another appropriate filing. Additionally, failure to list any Guaranties in the Schedules and Statements, including in any future amendments to the Schedules and Statements, shall not affect the enforceability of any Guaranties not listed.

2.    **Specific Statements Disclosures**.

(a)    **Statements, Part 1, Questions 1 and 2.** The gross revenue and non-business revenue reported for the current fiscal year are through April 18, 2023.

(b)    **Statements, Part 2, Questions 3 and 4 – Payments to Certain Creditors.** Prior to the Petition Date, the Debtors maintained a centralized Cash Management System through which The Pill Club Pharmacy Holdings, LLC and certain of its Debtor affiliates made certain payments on behalf of other entities. Consequently, all payments to creditors and insiders listed in response to Questions 3 and 4 on each of the Debtors' Statements reflect payments made by The Pill Club Pharmacy Holdings, LLC or one of its Debtor affiliates from operating bank accounts (the "Operating Accounts"), on behalf of the corresponding Debtor, pursuant to the Debtors' Cash Management System described in the Cash Management Motion. In addition, payments listed in Statements, Part 2, Question 4 are net payments as of actual invoices and include credits and inter-company liabilities.

(c)    **Statements, Part 2, Question 3.** The Debtors have used commercially reasonable efforts to provide accurate and complete information regarding disbursements to creditors.

(d)    **Statements, Part 2, Question 4.** As described in the Cash Management Motion, the Debtors routinely make payments to Debtor and non-Debtor affiliates in the ordinary course of business as it relates to the cost and provision of goods and services and the movement of cash to and from accounts, resulting in intercompany receivables and payables. The amounts listed in Statements, Part 2, Question 4, include such payments or transfers made from a Debtor to another Debtor or a non-Debtor affiliate during the one-year period preceding the Petition Date. Due to the nature of the Debtors' Cash Management System, certain payments reflected in

certain Debtors' responses to Statements, Part 2, Question 4, relate to payments made to affiliates who, in turn, remitted such payments to vendors or other creditors providing services to the Debtor entity making such payment.

To the extent: (i) a person qualified as an "insider" in the year prior to the Petition Date, but later resigned their insider status or (ii) did not begin the year as an insider, but later became an insider, the Debtors have only listed those payments made while such person was defined as an insider in Statements, Part 2, Question 4.

As discussed above, the inclusion of a party as an "insider" is not intended to be, nor should it be, construed as a legal characterization of such party as an insider and does not act as an admission of any fact, Claim, right, or defenses, and such rights, Claims, and defenses are hereby expressly reserved.

(e)     **Statements, Part 5, Question 10 – Losses.** The Debtors do not keep track of losses relating to the theft of negligible assets.

(f)     **Statements, Part 6, Question 11 – Payments Related to Bankruptcy.** Presented herein are payments made to professional services firms for services rendered within one year immediately preceding the Commencement Date. The services rendered pertain to (i) relief under the Bankruptcy Code, and (ii) preparation of a bankruptcy petition. Amounts listed reflect the total amounts paid to these respective firms as bifurcating the specific restructuring activities would be administratively burdensome. Information regarding the Debtors' retention of professional service firms is more fully described in the individual retention applications and related orders.

(g)     **Statements, Part 6, Question 13.** The Debtors may, from time to time and in the ordinary course of business, transfer equipment and other assets and/or sell certain equipment and other assets to third parties. These types of ordinary course transfers have not been disclosed. The Debtors may also abandon assets in place at the locations for which they have no future use or have been unable to sell to a third party. These types of transfers have not been disclosed.

(h)     **Statements, Part 10, Question 20 – Off-premise Storage.** The locations listed for off-premise storage include leased units.

(i)     **Statements, Part 13, Question 26d – All financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.** The Debtors have supplied financial statements and reports in the ordinary course of business to certain third parties under confidentiality agreements. Such third parties include restructuring professionals, administrative agents under the Debtors' debt facilities, and certain other creditors and their advisors.

(j)     **Statements, Part 13, Question 29 – Former Directors and Officers.** Commercially reasonable efforts have been made to provide accurate and complete

information regarding the former directors, managing members, general partners, members, or shareholders who were in control of the Debtors within one year before the Petition Date but who no longer hold these positions. While this information was based on a review of the best historical corporate information available, inadvertent errors or omissions may exist.

(k)    **Statements, Part 13, Question 30 – Payments, Distributions, or Withdrawals Credited or Given to Insiders.** Distributions by the Debtors to their directors and officers are listed on the attachment to Question 4. Certain of the Debtors' directors and executive officers received distributions net of tax withholdings in the year preceding the Petition Date. The amounts listed under Questions 4 reflect the gross amounts paid to such directors and executive officers, rather than the net amounts after deducting for tax withholdings.

(l)    **Statements, Part 9, Question 17.** The Debtors have listed all active plans in addition to inactive plans. The Debtors reserve all of their rights with respect to their responses to Statements, Part 9, Question 17.

*      *      *      *      *

**Fill in this information to identify the case:**

Debtor name _____ Hey Favor, Inc _____ _____ _____ _____ _____ _____ _____ _____

United States Bankruptcy Court for the: _____ Northern _____ District of _____ Texas _____
(State)

Case number (If known): _____ 23-41091 _____

☐ Check if this is an amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*..................................................................
   $ 0.00
   Plus Unknown

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................
   $ 105,539,865.34
   Plus Unknown

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................
   $ 105,539,865.34
   Plus Unknown

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...........................................
   $ 30,000,000.00
   Plus Unknown

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F* .......................................................
   $ 50.00
   Plus Unknown

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* ........................................................
   + $ 4,957,322.80
   Plus Unknown

4. **Total liabilities**..................................................................................................................................
   Lines 2 + 3a + 3b
   $ 34,957,372.80
   Plus Unknown

---

**Fill in this information to identify the case:**

Debtor name    Hey Favor, Inc.

United States Bankruptcy Court for the: Northern _____ District of Texas
                                                                  (State)

Case number (If known):   23-41091

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property                 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

2. **Cash on hand**                                                                $_____ 0.00

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. See attached rider | | ___ ___ ___ ___ | $_____ 884,533.41 |
   | 3.2. | | | $_____ |

4. **Other cash equivalents** *(Identify all)*

   | | |
   |---|---|
   | 4.1. | $_____ 0.00 |
   | 4.2. | $_____ |

5. **Total of Part 1**                                                            $_____ 884,533.41

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   | | |
   |---|---|
   | 7.1. See attached rider | $_____ 82,831.76 |
   | 7.2. | $_____ |

Debtor     Hey Favor, Inc.                                                    Case number (if known)  23-41091
           Name

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1. See attached rider _____     $_____1,104,513.80

   8.2. _____     $_____

9. **Total of Part 2.**                                                          $_____1,187,345.56
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---------|---------------------|

10. **Does the debtor have any accounts receivable?**

    ☑ No. Go to Part 4.

    ☐ Yes. Fill in the information below.

|  |  | Current value of debtor's interest |
|--|--|------------------------------------|

11. **Accounts receivable**

    11a. 90 days old or less:  _____ – _____ = ........ →   $_____
                                face amount              doubtful or uncollectible accounts

    11b. Over 90 days old:     _____ – _____ = ........ →   $_____
                                face amount              doubtful or uncollectible accounts

12. **Total of Part 3**                                                          $_____0.00
    Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| Part 4: | Investments |
|---------|-------------|

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|--|------------------------------------------|------------------------------------|

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1. _____     _____   $_____

    14.2. _____     _____   $_____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                   % of ownership:

    15.1. _____   _____%   _____   $_____

    15.2. _____   _____%   _____   $_____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1. _____     _____   $_____

    16.2. _____     _____   $_____

17. **Total of Part 4**                                                          $_____0.00
    Add lines 14 through 16. Copy the total to line 83.

Debtor    Hey Favor, Inc.
_____    Case number *(if known)* 23-41091
Name

---

## Part 5:    Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **20. Work in progress** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **21. Finished goods, including goods held for resale** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |
| **22. Other inventory or supplies** <br> _____ | _____ <br> MM / DD / YYYY | $_____ | _____ | $_____ |

23. **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$_____ 0.00

24. **Is any of the property listed in Part 5 perishable?**

☐ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No
☐ Yes. Book value _____ Valuation method_____ Current value_____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No
☐ Yes

---

## Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** <br> _____ | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish <br> _____ | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) <br> _____ | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** <br> _____ | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** <br> _____ | $_____ | _____ | $_____ |

Debtor    Hey Favor, Inc.    Case number *(if known)* 23-41091
_____Name_____

33. **Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$_____ 0.00

34. **Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value $_____    Valuation method _____    Current value $_____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| Furniture and fixtures | $ 149,482.74 | Book Value | $ 149,482.74 |
| 40. **Office fixtures** | | | |
| | $ | | $ |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computer equipment and office equipment | $ 306,194.91 | Book Value | $ 306,194.91 |
| 42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 | $ | | $ 0.00 |
| 42.2 | $ | | $ |
| 42.3 | $ | | $ |

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$ 455,677.65

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

Debtor _____Hey Favor, Inc._____    Case number *(if known)* __23-41091__
        Name

---

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | |
|---|---|---|---|
| 47.1 _____ | $_____ | _____ | $_____ |
| 47.2 _____ | $_____ | _____ | $_____ |
| 47.3 _____ | $_____ | _____ | $_____ |
| 47.4 _____ | $_____ | _____ | $_____ |

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

| | | | |
|---|---|---|---|
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |

49. **Aircraft and accessories**

| | | | |
|---|---|---|---|
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| _____ | $_____ | _____ | $_____ |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$_____ 0.00

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☐ No

☐ Yes

Debtor    Hey Favor, Inc.
          Name                                                          Case number (if known)  23-41091

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 _____ | _____ | $_____ | _____ | $_____ |
| 55.2 _____ | _____ | $_____ | _____ | $_____ |
| 55.3 _____ | _____ | $_____ | _____ | $_____ |
| 55.4 _____ | _____ | $_____ | _____ | $_____ |
| 55.5 _____ | _____ | $_____ | _____ | $_____ |
| 55.6 _____ | _____ | $_____ | _____ | $_____ |

**56. Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$_____ 0.00

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☐ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets**<br>"F STYLIZED" Trademark | $_____ 0.00 | Book Value | $_____ 0.00 |
| **61. Internet domain names and websites**<br>Domain Names | $_____ 21,039.70 | Book Value | $_____ 21,039.70 |
| **62. Licenses, franchises, and royalties** | $_____ | | $_____ |
| **63. Customer lists, mailing lists, or other compilations** | $_____ | | $_____ |
| **64. Other intangibles, or intellectual property**<br>Internally developed software | $_____ 52,804.02 | Book Value | $_____ 52,804.02 |
| **65. Goodwill** | $_____ | | $_____ |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$_____ 73,843.72

Debtor    Hey Favor, Inc.
         _____
         Name

Case number *(if known)*  23-41091

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No
☑ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

**Current value of debtor's interest**

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➜  $ _____ 0.00
                          Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

Note: These are rough estimates provided by SingerLewak based on FY2021 tax returns and book value of losses for FY22.

Tax year  12/31/2022   $       102,913,465.00
Tax year  _____   $ _____
Tax year  _____   $ _____

73. **Interests in insurance policies or annuities**

_____   $ _____ 0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $ _____ 0.00

Nature of claim    _____

Amount requested   $ _____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $ _____ 0.00

Nature of claim    _____

Amount requested   $ _____

76. **Trusts, equitable or future interests in property**

_____   $ _____ 0.00

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $ _____ 0.00
_____   $ _____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   $   102,913,465.00

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No
☐ Yes

Debtor   Hey Favor, Inc.
         _____
         Name

Case number (if known) 23-41091

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $ 884,533.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $ 1,187,345.56 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $ 0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $ 0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $ 0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $ 0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $ 455,677.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $ 0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .............................➔ | | $ 0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $ 73,843.72 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $ 102,913,465.00 | |
| 91. **Total.** Add lines 80 through 90 for each column. ...........................91a. | $ 105,514,865.34 | **+** 91b. $ 0.00 |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ...................................... $ 105,514,865.34

**Hey Favor, Inc.**                                                         **Case Number:       23-41091**

| Part 1: | Schedule A/B:  Assets - Real and Personal Property |
|---|---|
| | Cash and cash equivalents |

3. Checking, savings, money market, or financial brokerage accounts

| | Name of Institution (bank or brokerage firm) | Type of Account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1 | Silicon Valley Bank/First Citizens | Collateral MMA | 1623 | $55,812.65 |
| 3.2 | Silicon Valley Bank/First Citizens | Collateral MMA | 5550 | $400,000.00 |
| 3.3 | Silicon Valley Bank/First Citizens | Money Market Account | 5076 | $81.03 |
| 3.4 | Silicon Valley Bank/First Citizens | Checking | 5789 | $428,639.73 |
| 3.5 | Silicon Valley Bank/First Citizens | Cash Sweep | 7738 | $0.00 |
| | | | | |
| | | | | $884,533.41 |

**Hey Favor, Inc.**                                              **Case Number:  23-41091**

| Part 2: | |
|---|---|

7.  Deposits, including security deposits and utility deposits

| | NAME OF HOLDER OF DEPOSIT | DESCRIPTION | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 7.1 | Presidio Trust | Lease security deposit | $67,721.76 |
| 7.2 | Moss Adams LLP | Retainer for transaction advisory service | $15,000.00 |
| 7.3 | Regus Management Group LLC | Feb'21 Retainer Deposit | $110.00 |
| | | | |
| | | | $82,831.76 |

**Hey Favor, Inc.**                                          **Case Number:   23-41091**

| Part 2 | Schedule A/B:  Assets - Real and Personal Property |
|---|---|

Deposits and Prepayments

8.  Prepayments

| | NAME OF HOLDER OF PAYMENT | DESCRIPTION | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|---|
| 8.1 | Accordion Partners LLC | Professional Fees | $50,000.00 |
| 8.2 | Accordion Partners LLC | Professional Fees | $150,000.00 |
| 8.3 | BMC Group, Inc. | Professional Fees | $15,000.00 |
| 8.4 | Career Allies, Inc. | Software | $6,943.33 |
| 8.5 | Carta, Inc. | Software | $34,412.34 |
| 8.6 | CDW Direct | Software | $1,889.63 |
| 8.7 | CDW Direct | Software | $284.16 |
| 8.8 | CDW Direct | Software | $15,876.07 |
| 8.9 | Cloudflare, Inc. | Software | $17,691.21 |
| 8.10 | Culture Amp Inc | Software | $20,374.84 |
| 8.11 | dbt Labs, Inc. | Software | $11,100.00 |
| 8.12 | DocuSign, Inc | Software | $1,289.26 |
| 8.13 | DocuSign, Inc | Software | $1,230.13 |
| 8.14 | DocuSign, Inc | Software | $6,135.16 |
| 8.15 | DocuSign, Inc | Software | $1,230.13 |
| 8.16 | EasyPost | Delivery | $2,288.13 |
| 8.17 | ENCIRCA | Software | $283.44 |
| 8.18 | FiscalNote, Inc. | Software | $7,250.51 |
| 8.19 | Fivetran Inc | Software | $531.10 |
| 8.20 | Fullstory, Inc. | Software | $1,993.34 |
| 8.21 | Giffin Winning Cohen & Bodewes, P.C. | Professional Fees | $1,377.50 |
| 8.22 | HP Inc. | Software | $333.41 |
| 8.23 | HP Inc. | Software | $77.85 |
| 8.24 | HP Inc. | Software | $443.93 |
| 8.25 | HP Inc. | Software | $100.74 |
| 8.26 | Ironclad, Inc. | Software | $16,963.69 |
| 8.27 | Iterable, Inc | Software | $2,758.86 |
| 8.28 | Keeper Security, Inc | Software | $2,645.74 |
| 8.29 | Knoetic, Inc. | Software | $888.71 |
| 8.30 | Lever, Inc. | Software | $1,722.20 |
| 8.31 | Lever, Inc. | Software | $366.18 |
| 8.32 | Lever, Inc. | Software | $53.60 |
| 8.33 | Logz.io | Software | $8,948.80 |
| 8.34 | Oracle America, Inc | Software | $6,222.39 |
| 8.35 | Silicon Valley Bank | Borel letter of credit renewal | $8,383.33 |
| 8.36 | Special Order Systems Inc. | Software | $2,291.27 |
| 8.37 | Special Order Systems Inc. | Software | $384.76 |

**Hey Favor, Inc.**                                        **Case Number:   23-41091**

**Part 2** | **Schedule A/B:  Assets - Real and Personal Property**
Deposits and Prepayments

8.  Prepayments

| NAME OF HOLDER OF PAYMENT | DESCRIPTION | CURRENT VALUE OF DEBTOR'S INTEREST |
|---|---|---|
| 8.38 | Special Order Systems Inc. | Software | $3,398.09 |
| 8.39 | Special Order Systems Inc. | Software | $4,634.01 |
| 8.40 | Special Order Systems Inc. | Software | $384.76 |
| 8.41 | Special Order Systems Inc. | Software | $2,291.27 |
| 8.42 | Special Order Systems Inc. | Software | $3,398.09 |
| 8.43 | Special Order Systems Inc. | Software | $4,634.01 |
| 8.44 | Special Order Systems Inc. | Software | $3,225.91 |
| 8.45 | Special Order Systems Inc. | Software | $1,489.25 |
| 8.46 | Special Order Systems Inc. | Software | $461.60 |
| 8.47 | Special Order Systems Inc. | Software | $737.67 |
| 8.48 | Special Order Systems Inc. | Software | $468.26 |
| 8.49 | Special Order Systems Inc. | Software | $442.57 |
| 8.50 | Sprig Technologies Inc. | Software | $1,720.00 |
| 8.51 | Taskhuman Inc | Software | $21,000.00 |
| 8.52 | TaxJar | Software | $3,426.72 |
| 8.53 | Team viewer GmbH | Software | $594.68 |
| 8.54 | Therapeutic Research Center, LLC | Software | $795.45 |
| 8.55 | TriplePoint Capital | Prepaid Interest Expense | $9,666.67 |
| 8.56 | TriplePoint Capital | Prepaid Interest Expense | $38,666.67 |
| 8.57 | TriplePoint Capital | Prepaid Interest Expense | $96,666.67 |
| 8.58 | Twingate Inc. | Software | $5,573.81 |
| 8.59 | UpToDate, Inc | Software | $1,071.90 |
| 8.60 | Winston & Strawn | Professional Fees | $200,000.00 |
| 8.61 | Winston & Strawn | Professional Fees | $300,000.00 |

TOTAL                                                   $1,104,513.80

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hey Favor, Inc.** |
| United States Bankruptcy Court for the: | **Northern** District of **Texas** |
| | (State) |
| Case number (If known): | **23-41091** |

☐ Check if this is an
amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.**

If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A | Column B |
|---|---|---|---|
| | | **Amount of Claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value | |

**2.1**
**s33**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
|---|---|---|---|
| TRIPLE POINT CAPITAL | All Receivables; Equipment; Fixtures; Intangibles; Inventory; Investment Property; Deposit Accounts; Cash; Commercial tort claims, All Goods and personal property. | $30,000,000.00 | |

**Creditor's Mailing Address**

SAJAL SRIVASTAVE, PRESIDENT
2755 SAND HILL RD
STE 150
MENLO PARK, CA 94025

**Creditor's email address, if known**

legal@triplepointcapital.com

**Date debt was incurred**

8/5/2022

**Last 4 digts of account number**

**Describe the lien**

To the extent not otherwise included, all Proceeds of each of the foregoing and all accessions to, substitutions and replacements for, rents, profits, and products of each of the foregoing. Excludes Prescription Items to the extent that a grant of Lien on such items is prohibited by Applicable Law, and (ii) Intellectual Property currently held or hereafter obtained, but includes Proceeds of Intellectual Property

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

   ☑ No. Specify each creditor, including this creditor and its relative priority.

   ☐ Yes. The relative priority of creditors is specified on lines

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No.
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor    **Hey Favor, Inc.**                                                                 23-41091
_____          _____
          Name                                                              Case Number (if known)

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digts of account number for this entity |
|---|---|---|

Debtor    **Hey Favor, Inc.**
_____
Name

**23-41091**
_____
Case Number (if known)

| Part 3: | Total Amounts of the Claims Secured by Property |
|---|---|

|  | **Total of Claim Amounts** |
|---|---|
| **3a. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**      **3a.** | **$30,000,000.00** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Hey Favor, Inc.** |
| United States Bankruptcy Court for the: | **Northern**  District of  **Texas** |
| | (State) |
| Case number (If known): | **23-41091** |

☐ Check if this is an
amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   All Creditors with PRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

| | | | **Total Claim** | **Priority Amount** |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $50.00 | UNKNOWN |
| s319 | ARIZONA DEPARTMENT OF REVENUE<br>PO BOX 52138<br>PHOENIX, AZ  85072 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>UNKNOWN | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
| s318 | PENNSYLVANIA DEPARTMENT OF REVENUE<br>PO BOX 280509<br>HARRISBURG, PA  17128 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>UNKNOWN | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.3** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | UNKNOWN | UNKNOWN |
| s317 | WASHINGTON STATE<br>DEPARTMENT OF REVENUE<br>2101 4TH AVE, SUITE 1400<br>SEATTLE, WA  98121 | Check all that apply.<br>☑ Contingent<br>☐ Unliquidated<br>☑ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>UNKNOWN | | |
| | Last 4 digts of account number | | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (_____) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,535.64 |
|---|---|---|---|

s332      1-800-FLOWERS.COM,INC.
          ADDRESS UNAVAILABLE

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    6/1/2022

Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $73,020.03 |
|---|---|---|---|

s334      AMPLITUDE, INC.
          201 3RD STREET, SUITE 200
          SAN FRANCISCO, CA  94103

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    2/1/2023

Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,897.67 |
|---|---|---|---|

s335      BEP BOREL INVESTORS LLC
          411 BOREL AVENUE
          SAN MATEO, CA  94402

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    4/1/2023

Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $451.25 |
|---|---|---|---|

s339      CARROT FERTILITY, INC.
          101 JEFFERSON DRIVE FLOOR 1
          MENLO PARK, CA  94025

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred    April 2023

Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $32,728.87 |

**s340**   **CCI-BUCKINGHAM, LP**
**C/O PM REALTY GROUP, LP**
**300 E ROYAL LANE SUITE 140**
**IRVING, TX  75039**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred    4/1/2023**

**Last 4 digts of account number**

**Basis for the claim:    ACCOUNTS PAYABLE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $28,923.17 |

**s348**   **CDW DIRECT**
**200 N MILWAUKEE AV**
**VERNIN HILLS, IL  60061**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred    2/24/2023**

**Last 4 digts of account number**

**Basis for the claim:    ACCOUNTS PAYABLE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $4,637.13 |

**s350**   **CHANGE HEALTHCARE LLC**
**5995 WINDWARD PARKWAY**
**ALPHARETTA, GA  30005**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred    3/31/2023**

**Last 4 digts of account number**

**Basis for the claim:    ACCOUNTS PAYABLE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $582.00 |

**s353**   **CLARK PEST CONTROL**
**PO BOX 1480**
**LODI, CA  95241-1480**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred    3/21/2023**

**Last 4 digts of account number**

**Basis for the claim:    ACCOUNTS PAYABLE**

**Is the claim subject to offset?**

☑ No
☐ Yes

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

| | |
|---|---|
| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.9**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $3,678.00

**s355**    **CLEARY TECHNOLOGIES, INC**      Check all that apply.
**66 CLEARY COURT**
**UNIT 1408**      ☐ Contingent
**SAN FRANCISCO, CA 94109**      ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred    3/3/2023      Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.10**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $1,080.00

**s356**    **COBLENTZ PATCH DUFFY & BASS LLP**      Check all that apply.
**PO BOX 840068**
**LOS ANGELES, CA 90084-0068**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred    3/27/2023      Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.11**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $821.67

**s357**    **COGENT COMMUNICATIONS, INC.**      Check all that apply.
**PO BOX 791087**
**BALTIMORE, MD 21279-1087**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred    4/1/2023      Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.12**    **Nonpriority creditor's name and mailing address**      As of the petition filing date, the claim is:      $1,190.00

**s358**    **CONRAD | METLITZKY | KANE LLP**      Check all that apply.
**FOUR EMBARCADERO CENTER, SUITE 1400**
**SAN FRANCISCO, CA 94111**      ☐ Contingent
     ☐ Unliquidated
     ☐ Disputed

Date or dates debt was incurred    3/21/2023      Basis for the claim:    ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Hey Favor, Inc.                                                                      23-41091

Debtor Name                                                              Case Number (if known)

## Part 2: All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $390.00 |
|------|--------|--------|--------|

s359    CSC
PO BOX 13397
PHILADELPHIA, PA  19101-3397

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/22/2023          Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,250.00 |
|------|--------|--------|--------|

s360    D2 PHARMA CONSULTING LLC
400 CHESTERFIELD CENTER SUITE 400
CHESTERFIELD, MO  63017

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/31/2023          Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $113.60 |
|------|--------|--------|--------|

s361    DALLAS SECURITY SYSTEMS, INC
PO BOX 550939
DALLAS, TX  75355-0939

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/1/2023          Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,800.00 |
|------|--------|--------|--------|

s363    DAVE MAYER CONSULTING
DAVID MAYER
1645 ALLSTON WAY
BERKELEY, CA  94703

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/31/2023          Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.17** **Nonpriority creditor's name and mailing address**

**s365** **EASYPOST**
2889 ASHTON BLVD , SUITE 325
LEHI, UT  84043

**As of the petition filing date, the claim is:**     $9,500.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     3/1/2023

**Basis for the claim:**   ACCOUNTS PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.18** **Nonpriority creditor's name and mailing address**

**s366** **FAST METRICS**
PO BOX 77267
SAN FRANCISCO, CA  94107

**As of the petition filing date, the claim is:**     $906.67

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     4/1/2023

**Basis for the claim:**   ACCOUNTS PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.19** **Nonpriority creditor's name and mailing address**

**s367** **FISCALNOTE, INC.**
1201 PENNSYLVANIA AVE NW, 6TH FLOOR
WASHINGTON, DC  20004

**As of the petition filing date, the claim is:**     $1,418.27

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     3/31/2023

**Basis for the claim:**   ACCOUNTS PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**3.20** **Nonpriority creditor's name and mailing address**

**s369** **FLATWORLD SOLUTIONS INC**
PRINCETON FORRESTAL VILLAGE, 116 VILLAGE BLVD
SUITE 200
PRINCETON, NJ  08540

**As of the petition filing date, the claim is:**     $56,880.00

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred     3/31/2023

**Basis for the claim:**   ACCOUNTS PAYABLE

Last 4 digts of account number

**Is the claim subject to offset?**
☑ No
☐ Yes

---

**Hey Favor, Inc.**

Debtor Name

| Part 2: | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,500.00 |
|---|---|---|---|

s373    FLUXON APS LLC
236 WEST PORTAL AVE #848
SAN FRANCISCO, CA  94127

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/27/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,569.30 |
|---|---|---|---|

s376    FRIER & LEVITT
84 BLOOMFIELD AVENUE
PINE BROOK, NJ  07058

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/2/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,012,837.19 |
|---|---|---|---|

s379    GOOGLE LLC
C/O JAMES VANDERMARK
WHITE AND WILLIAMS LLP
1650 MARKET STREET, SUITE 1800
PHILADELPHIA, PA  19103-7395

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,635.00 |
|---|---|---|---|

s381    HESPER.IO INC
485 MCGILL
SUITE 200
MONTREAL, QC  H2Y 2H4

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.25**   Nonpriority creditor's name and mailing address

**s383**   HUGO Q JANITORIAL SERVICE
18910 KENTFIELD LANE
HAYWARD, CA  94541

As of the petition filing date, the claim is:    $8,822.00

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    3/31/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.26**   Nonpriority creditor's name and mailing address

**s386**   INVENTUS LLC
500 WEST MADISON ST SUITE 1210
CHICAGO, IL  60661

As of the petition filing date, the claim is:    $27,133.60

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    3/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.27**   Nonpriority creditor's name and mailing address

**s388**   J2 CLOUD SERVICES, LLC
6922 HOLLYWOOD BLVD 5TH FLOOR
LOS ANGELES, CA  90028

As of the petition filing date, the claim is:    $628.46

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred    3/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

**3.28**   Nonpriority creditor's name and mailing address

**s1121**   JANE DOE
44 S BROADWAY #1100
WHITE PLAINS, NY  10601

As of the petition filing date, the claim is:    UNKNOWN

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Date or dates debt was incurred

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

- ☑ No
- ☐ Yes

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $176.63 |

s389     JOE SUDDUTH
ADDRESS UNAVAILABLE

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    11/1/2018

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.30**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1,040.00

s392     JUNIOR'S SOURCE CORPORATION
9852 WALNUT ST.
OAKLAND, CA  94603

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.31**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $12.04

s393     LANGUAGE SCIENTIFIC
AMANDA DUNNETT
101 STATION LANDING, SUITE 500
MEDFORD, MA  02155

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.32**    Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          $1,614,120.46

s404     LATHAM & WATKINS LLP
ATTN: AMY HARGREAVES
12670 HIGH BLUFF DR,
SAN DIEGO, CA  92130

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/25/2022

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**Hey Favor, Inc.**

Debtor Name

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.33**

**s406**

Nonpriority creditor's name and mailing address

**LEXIS NEXIS**
**28544 NETWORK PLACE**
**CHICAGO, IL  60673-1285**

Date or dates debt was incurred    3/31/2023

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$1,600.00

---

**3.34**

**s408**

Nonpriority creditor's name and mailing address

**LINKEDIN CORPORATION**
**1000 W MAUDE AVE**
**SUNNYVALE, CA  94085**

Date or dates debt was incurred    10/23/2022

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$35,029.95

---

**3.35**

**s411**

Nonpriority creditor's name and mailing address

**META PLATFORMS, INC.**
**C/O DAVID SEREPCA, ESQ.**
**MCMAHON SEREPCA LLP**
**1900 SOUTH NORFOLK STREET,**
**SUITE 350**
**SAN MATEO, CA  94403**

Date or dates debt was incurred    2/28/2023

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$104,269.83

---

**3.36**

**s427**

Nonpriority creditor's name and mailing address

**MORRISON FOERSTER**
**PO BOX 742335**
**LOS ANGELES, CA  90074**

Date or dates debt was incurred    10/11/2022

Last 4 digts of account number

As of the petition filing date, the claim is:

Check all that apply.

☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

$932,905.55

---

**Hey Favor, Inc.**

Debtor Name

23-41091

Case Number (if known)

---

| Part 2: | All Creditors with **NONPRIORITY** Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

**3.37** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $25,000.00

**s428** MOSS ADAMS LLP
999 THIRD AVENUE
SUITE 2800
SEATTLE, WA  98104

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/17/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.38** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,442.83

**s429** NATIONAL HEALTH INFORMATION
PO BOX 227216
DALLAS, TX  75222

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.39** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,340.93

**s433** NAVIA BENEFIT SOLUTIONS
PO BOX 53250
BELLEVUE, WA  98015-3250

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/27/2022

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

**3.40** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $14,959.88

**s437** NCLOUDS, INC
32 W 200 SOUTH
SALT LAKE CITY, UT  84101

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Hey Favor, Inc.

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims | |
|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

---

**3.41**

s1120

**Nonpriority creditor's name and mailing address**

NEIGHBORFAVOR INC.
2416 E 6TH ST
AUSTIN, TX 78702

Date or dates debt was incurred

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

UNKNOWN

---

**3.42**

s438

**Nonpriority creditor's name and mailing address**

NINJAONE,LLC
26750 US HIGHWAY 19
NORT SUITE 510
CLEARWATER, FL 33761

Date or dates debt was incurred    4/1/2023

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$779.03

---

**3.43**

s444

**Nonpriority creditor's name and mailing address**

OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P C
PO BOX 89
COLUMBIA, SC 29202

Date or dates debt was incurred    3/20/2023

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$752.40

---

**3.44**

s449

**Nonpriority creditor's name and mailing address**

PDX, INC.
PO BOX 572490
MURRAY, UT 84157-2490

Date or dates debt was incurred    3/31/2023

Last 4 digts of account number

**As of the petition filing date, the claim is:**

Check all that apply.

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** ACCOUNTS PAYABLE

**Is the claim subject to offset?**

- ☑ No
- ☐ Yes

$14,170.24

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

## Part 2:   All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: | $4,543.33 |

s450    **PENSIONMARK FINANCIAL GROUP**
**24 E COTA STREET SUITE 200**
**SANTA BARBARA, CA  93101**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   01/01/2023 to 03/31/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.46    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $49,992.00

s451    **POSTCLICK**
**303 SECOND STREET, SUITE 901 SOUTH TOWER**
**SAN FRANCISCO, CA  94107**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   3/19/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.47    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $11,250.00

s452    **PRECISIONXTRACT**
**9100 KEYSTONE CROSSING, SUITE 460**
**INDIANAPOLIS, IN  46240**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   2/17/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

3.48    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is:    $41,551.34

s457    **PRESIDIO TRUST**
**1750 LINCOLN BLVD**
**SAN FRANCISCO, CA  94129**

Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date or dates debt was incurred   2/28/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
- [x] No
- [ ] Yes

---

Hey Favor, Inc.

Debtor Name

23-41091

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| | | |
|---|---|---|
| **3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $62,466.00 |

**3.49**

**s458**    PRINCIPAL BUILDERS, INC.
616 MINNA STREET
SAN FRANCISCO, CA  94103

As of the petition filing date, the claim is:                                    $62,466.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    12/31/2022

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.50**    Nonpriority creditor's name and mailing address

**s459**    PROSHRED
5635 WEST LAS POSITAS BLVD
SUITE 405
PLEASANTON, CA  94588-4076

As of the petition filing date, the claim is:                                    $110.00

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/5/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.51**    Nonpriority creditor's name and mailing address

**s461**    PROVIDERTRUST, INC.
PO BOX 306121
NASHVILLE, TN  97230

As of the petition filing date, the claim is:                                    $389.95

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/27/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.52**    Nonpriority creditor's name and mailing address

**s462**    QUALTRICS, LLC
333 W RIVER PARK DR
PROVO, UT  84604

As of the petition filing date, the claim is:                                    $3,257.53

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/27/2023

Last 4 digts of account number

Basis for the claim:    ACCOUNTS PAYABLE

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hey Favor, Inc.**

23-41091

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $28,507.50 |
|---|---|---|---|

**s466**

QUARLES & BRADY LLP
411 E WISCONSIN AVENUE SUITE 2400
MILWAUKEE, WI  53202

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/20/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,156.15 |
|---|---|---|---|

**s469**

RECOLOGY SAN MATEO COUNTY
225 SHOREWAY ROAD
SAN CARLOS, CA  94070-2712

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/28/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,000.00 |
|---|---|---|---|

**s470**

RIGHT SIDE UP, LLC
4521 EAGLE FEATHER DR
AUSTIN,  78735

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $54,575.34 |
|---|---|---|---|

**s472**

ROOTS AUTOMATION INC.
200 BROADWAY
FLOOR 5
NEW YORK, NY  10038

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    2/20/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

Hey Favor, Inc.

Debtor Name

**Part 2:**   **All Creditors with NONPRIORITY Unsecured Claims**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| **3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**$105,119.60**

**s474**   **ROPES & GRAY LLP**
**800 BOYLSTON STREET**
**BOSTON, MA  02199**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **4/12/2023**

Last 4 digts of account number

Basis for the claim:   **ACCOUNTS PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**$514.37**

**s476**   **ROY N CHANG**
**131 CARSON COURT**
**SUNNYVALE, CA  94086**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **4/18/2023**

Last 4 digts of account number

Basis for the claim:   **ACCOUNTS PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**$3,709.24**

**s477**   **SALESFORCE, INC.**
**415 MISSION ST,**
**SAN FRANCISCO, CA  94105**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **3/28/2023**

Last 4 digts of account number

Basis for the claim:   **ACCOUNTS PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: |

**$3,923.73**

**s485**   **SALTALK INC**
**3334 VICTOR COURT**
**SANTA CLARA, CA  95054**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred   **2/27/2023**

Last 4 digts of account number

Basis for the claim:   **ACCOUNTS PAYABLE**

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hey Favor, Inc.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,359.00 |
|---|---|---|---|

**s487**

SEQUOIA
1850 GATEWAY DR
STE 700
SAN MATEO, CA  94404

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/11/2022

Last 4 digts of account number

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $52,106.98 |
|---|---|---|---|

**s492**

SINGERLEWAK LLP
10960 WILSHIRE BLVD , 7TH FLOOR
LOS ANGELES, CA  90024

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    October 2022

Last 4 digts of account number

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,000.00 |
|---|---|---|---|

**s493**

SLACK TECHNOLOGIES, LLC
500 HOWARD ST.
SAN FRANCISCO, CA  94105

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    10/1/2021

Last 4 digts of account number

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,679.67 |
|---|---|---|---|

**s494**

SMARTSHEET INC.
PO BOX 123421,DEPT. 3421
DALLAS, TX  75312-3421

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/31/2023

Last 4 digts of account number

Basis for the claim:   ACCOUNTS PAYABLE

Is the claim subject to offset?

☑ No
☐ Yes

---

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

## Part 2:    All Creditors with NONPRIORITY Unsecured Claims

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.**

Amount of Claim

| | | |
|---|---|---|
| **3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s500 | SOCURE INC.<br>330 7TH AVE., SUITE 201<br>NEW YORK, NY 10001 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$140,752.10

Date or dates debt was incurred   7/31/2022

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s501 | STAPLES<br>470 NOOR AVE<br>SOUTH SAN FRANCISCO, CA 94080 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$92.82

Date or dates debt was incurred   3/25/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.67** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s503 | STICKER MULE<br>336 FOREST AVE<br>AMSTERDAM, NY 12010 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$10,040.26

Date or dates debt was incurred   4/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

| | | |
|---|---|---|
| **3.68** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: |
| s504 | SUZY, INC.<br>228 PARK AVE SOUTH<br>PMB 85529<br>NEW YORK, NY 10003-1502 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

$3,590.71

Date or dates debt was incurred   2/17/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?
☑ No
☐ Yes

---

**Hey Favor, Inc.**

23-41091

Debtor Name

Case Number (if known)

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $937.10 |
|---|---|---|---|
| s505 | THE HARTFORD<br>PO BOX 660916<br>DALLAS, TX 75266 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    3/22/2022 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,863.06 |
|---|---|---|---|
| s508 | TIKTOK INC<br>5800 BRISTOL PARKWAY<br>CULVER CITY, CA 90230 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    2/28/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $773.96 |
|---|---|---|---|
| s509 | TPX COMMUNICATIONS<br>PO BOX 123279 DEPT 3279<br>DALLAS, TX 75312 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    3/31/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,713.04 |
|---|---|---|---|
| s510 | TROPIC TECHNOLOGIES<br>28 WEST 25TH STREET FLOOR 11<br>NEW YORK, NY 10010 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred    3/26/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

Hey Favor, Inc.

23-41091

Debtor Name

Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $300.00 |
|---|---|---|---|

**s511**   TWENTY NINE ENTERPRISES, INC.
165 BROADWAY, 23RD FLOOR
NEW YORK, NY  10006

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/1/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,993.00 |
|---|---|---|---|

**s512**   TWILIO INC.
375 BEALE STREET SUITE 300
SAN FRANCISCO, CA  94105

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    4/11/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $115,024.22 |
|---|---|---|---|

**s516**   TWILIO INC.
TWILIO INC
DEPT LA 23938
PASADENA, CA  91185

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    1/31/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $17,268.07 |
|---|---|---|---|

**s519**   UPRINTING
ATTN: ACCOUNTS RECEIVABLE
8000 HASKELL AVE
VAN NUYS, CA  91406

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred    3/5/2023

Basis for the claim:   ACCOUNTS PAYABLE

Last 4 digts of account number

Is the claim subject to offset?

☑ No
☐ Yes

---

Hey Favor, Inc.                                                                23-41091

Debtor Name                                                    Case Number (if known)

| **Part 2:** | **All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page.

**Amount of Claim**

| | | |
|---|---|---|
| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,000.00 |
| s520 | VEGANMED,INC.<br>533 SAWYER DRIVE<br>VACAVILLE, CA  95687 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   2/28/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,244.00 |
| s521 | VIRTRU CORPORATION<br>1801 PENNSYLVANIA AVENUE NW 5TH FLOOR<br>WASHINGTON, DC  20006 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   4/12/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,451.80 |
| s524 | VITACARE PRESCRIPTION SERVICES INC<br>951 YAMATO RD , SUITE 160<br>BOCA RATON, FL  33431 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   2/28/2023 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

| | | |
|---|---|---|
| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $346.20 |
| s525 | WASHINGTON STATE DEPT OF LABOR & INDUSTRIES<br>7273 LINDERSON WAY SW<br>OLYMPIA, WA  98501-5414 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date or dates debt was incurred   7/8/2022 | Basis for the claim:   ACCOUNTS PAYABLE | |
| | Last 4 digts of account number | Is the claim subject to offset?<br>☑ No<br>☐ Yes | |

**Hey Favor, Inc.**

Debtor Name

| Part 2: | All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.  If no additional PRIORITY creditors exist, do not fill out or submit this page.

Amount of Claim

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,191.44 |
|---|---|---|---|

s527

**XEROX BUSINESS SOLUTIONS SOUTHWEST
8200 INTERSTATE 10
SAN ANTONIO, TX  78230**

Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred    3/1/2023**

**Last 4 digts of account number**

**Basis for the claim:    ACCOUNTS PAYABLE**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Hey Favor, Inc.**

Debtor Name

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---------|---------------------------------------------------|

List in alphabetical order any others who must be notified for claims already listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 or Part 2 did you enter the related creditor? | Last 4 digts of account number for this entity |
|------------------|----------------------------------------------------------------------|------------------------------------------------|
| **FORSHEY & PROSTOK, LLP**<br>**J. ROBERT FORSHEY;JEFF PROSTOK**<br>**EMILY S. CHOU;DYLAN T.F. ROSS**<br>**777 MAIN STREET, SUITE 1550**<br>**FORT WORTH, TX 76102** | s335 | |
| **WHITE AND WILLIAMS LLP**<br>**JAMES C. VANDERMARK**<br>**7 TIMES SQUARE, SUITE 2900**<br>**NEW YORK, NY 10036-6524** | s379 | |

**Hey Favor, Inc.**

Debtor Name

**23-41091**

Case Number (if known)

| **Part 4:** | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of Claim Amounts** |
|---|---|---|

**5a. Total Claims from Part 1**

5a.

$50.00

**PLUS UNKNOWN**

**5b. Total Claims from Part 2**

5b. +

$4,957,322.80

**PLUS UNKNOWN**

**5c. Total of Parts 1 and 2**
   Lines 5a + 5b = 5c.

5c.

$4,957,372.80

**PLUS UNKNOWN**

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | Hey Favor, Inc. | |
| United States Bankruptcy Court for the: | Northern | District of **Texas** |
| | | (State of) |
| Case Number (if known): | 23-41091 | Chapter |

☐ Check if this is an amended filing

## Official Form 206G

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 1 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ADOBE<br>345 PARK AVENUE<br>SAN JOSE, CA  95110 |
| | State the term remaining | 13 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 2 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ADP LLC<br>1851 N RESLER DR MS-100<br>EL PASO, TX  79912 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 3 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | AHREFS<br>16 RAFFLES QUAY<br>#33-03 HONG LEONG BUILDING<br>SINGAPORE,   48581<br>SINGAPORE |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 4 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | AMAZON WEB SERVICES (AWS)<br>PO BOX 84023<br>SEATTLE, WA  98124 |
| | State the term remaining | 15 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 5 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | AMPLITUDE, INC.<br>201 3RD ST. SUITE 200<br>SAN FRANCISCO, CA  94103 |
| | State the term remaining | 7 MONTHS | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2. 6** State what the contract or lease is for and the nature of the debtor's interest

SUPPLIER AGREEMENT

ANDA, INC.
2915 WESTON ROAD
WESTON, FL  33331

State the term remaining

List the contract number of any government contract

---

**2. 7** State what the contract or lease is for and the nature of the debtor's interest

SOFTWARE AGREEMENT

APPLE
1950 N STEMMONS FWY, STE 5010
DALLAS, TX  75207

State the term remaining

4 MONTHS

List the contract number of any government contract

---

**2. 8** State what the contract or lease is for and the nature of the debtor's interest

INSURANCE

ARCH INSURANCE COMPANY
1001 FRANKLIN AVENUE
SUITE 208
GARDEN CITY, NY  11530

State the term remaining

List the contract number of any government contract

---

**2. 9** State what the contract or lease is for and the nature of the debtor's interest

SOFTWARE AGREEMENT

ATLASSIAN PTY LTD
32151 COLLECTIONS CENTER DRIVE
CHICAGO, IL  60693-0321

State the term remaining

List the contract number of any government contract

---

**2. 10** State what the contract or lease is for and the nature of the debtor's interest

LEASE AGREEMENT

BEP BOREL INVESTORS LLC
PO BOX 509015
SAN DIEGO, CA  92150

State the term remaining

19 MONTHS

List the contract number of any government contract

---

**2. 11** State what the contract or lease is for and the nature of the debtor's interest

SOFTWARE AGREEMENT

BILL.COM, LLC
1810 EMBARCADO ROAD
PALO ALTO, CA  94303

State the term remaining

List the contract number of any government contract

---

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 12 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | BROWSERSTACK 4512 LEGACY DRIVE SUITE 100 PLANO, TX  75024 |
| | State the term remaining | 12 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 13 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CALENDLY 115 E MAIN ST., STE A1 BUFORD, GA  30518 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 14 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CANVA 75 EAST SANTA CLARA STREET SAN JOSE, CA  95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 15 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | CARROT FERTILITY, INC. 101 JEFFERSON DRIVE FLOOR 1 MENLO PARK, CA  94025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 16 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CARTA, INC. 333 BUSH ST., SUITE 2300 SAN FRANCISCO, CA  94104 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 17 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CATAMORPHIC CO., DBA LAUNCHDARKLY 1999 HARRISON STREET SUITE 1100 OAKLAND, CA  94612 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.                                                     Case Number (if known):    23-41091
        Nam

■ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 18 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | CCI BUCKINGHAM<br>300 E ROYAL LANE, SUITE 400<br>IRVING, TX  75039 |
| | **State the term remaining** | 43 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 19 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CDW DIRECT<br>200 N MILWAUKEE AV<br>VERNIN HILLS, IL  60061 |
| | **State the term remaining** | 9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 20 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CDW DIRECT<br>200 N MILWAUKEE AV<br>VERNIN HILLS, IL  60061 |
| | **State the term remaining** | 12 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 21 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CDW DIRECT<br>200 N MILWAUKEE AV<br>VERNIN HILLS, IL  60061 |
| | **State the term remaining** | 9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 22 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CDW DIRECT<br>200 N MILWAUKEE AV<br>VERNIN HILLS, IL  60061 |
| | **State the term remaining** | 7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 23 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | CHANGE HEALTHCARE<br>PO BOX 572490<br>MURRAY, UT  84157-2490 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Hey Favor, Inc.

Nam

Case Number (if known):    23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 24 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CISCO SYSTEMS CAPITAL CORP PO BOX 41602 PHILADELPHIA, CA  19101-1602 |
| | State the term remaining | 10 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 25 | State what the contract or lease is for and the nature of the debtor's interest | SERVICES AGREEMENT | CLARK PEST CONTROL PO BOX 1480 LODI, CA  95241-1480 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 26 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CLEARY TECHNOLOGIES, INC 66 CLEARY COURT UNIT 1408 SAN FRANCISCO, CA  94109 |
| | State the term remaining | 8 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 27 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CLOUDFLARE, INC. MAIL CODE: 5267 PO BOX 660367 DALLAS, TX  75266-0367 |
| | State the term remaining | 5 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 28 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES | COBLENTZ PATCH DUFFY & BASS LLP PO BOX 840068 LOS ANGELES, CA  90084-0068 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 29 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | CODERPAD INTERVIEWING 44 MONTGOMERGY STREET FLOOR 3 SAN FRANCISCO, CA  94104 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 30 | **State what the contract or lease is for and the nature of the debtor's interest** | UTILITIES | COGENT COMMUNICATIONS, INC. PO BOX 791087 BALTIMORE, MD  21279-1087 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 31 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES | CONRAD \| METLITZKY \| KANE LLP FOUR EMBARCADERO CENTER, SUITE 1400 SAN FRANCISCO, CA  94111 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 32 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CONTENTFUL 150 SPEAR ST SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 33 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | CULTURE AMP INC 548 MARKET STREET, SUITE 94869 SAN FRANCISCO, CA  94104 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 34 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES | D2 PHARMA CONSULTING LLC 400 CHESTERFIELD CENTER SUITE 400 CHESTERFIELD, MO  63017 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 35 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | DATADOG 225 FRANKLIN ST 24TH FLOOR BOSTON, MA  02110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor   Hey Favor, Inc.

Nam

Case Number (if known):   23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 36 | State what the contract or lease is for and the nature of the debtor's interest | CONTRACTOR AGREEMENT | DAVE MAYER CONSULTING DAVID MAYER 1645 ALLSTON WAY BERKELEY, CA  94703 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 37 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DBT LABS, INC. 915 SPRING GARDEN STREET SUITE 500 PHILADELPHIA, PA  19123 |
| | State the term remaining | 7 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 38 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DELIGHTED INC. 333 W. RIVER PARK DRIVE PROVO, UT  84604 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 39 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DEPUTY.COM 2 EMBARCADERO CENTER SAN FRANCISCO, CA  94111 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2. 40 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DOCKER, INC. 144 TOWNSEND STREET SAN FRANCISCO, CA  94107 |
| | State the term remaining | MONTH TO MONTH | |
| | List the contract number of any government contract | | |
| 2. 41 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DOCUSIGN, INC PO BOX 735445 DALLAS, TX  75373-5445 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.

Nam

Case Number (if known): 23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 42 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DOXY ME 3445 WINTON PLACE, SUITE 114 ROCHESTER, NY 14623 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 43 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DREAMSTIME.COM 1616 WESTGATE CIRCLE BRENTWOOD, TN 37027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 44 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | DROPBOX 1800 OWENS STREET SAN FRANCISCO, CA 94158 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 45 | State what the contract or lease is for and the nature of the debtor's interest | PROFESSIONAL SERVICES | E A DAVIDOVITS & CO, INC 555 PRICE AVE SUITE 200 REDWOOD CITY, CA 94063 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 46 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | EASYAPPOINTMENTS 43 PARK AVENUE SOUTH KIPS BAY, NY |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 47 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | EASYPOST 2889 ASHTON BLVD , SUITE 325 LEHI, UT 84043 |
| | State the term remaining | 10 MONTHS | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.
Nam

Case Number (if known):    23-41091

| | Additional Page if Debtor Has More Executory Contracts or Unexpired Leases | |
|---|---|---|
| | **List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| 2. 48 | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE AGREEMENT | ELATION HEALTH, INC 530 DIVISADERO ST, PMB: 872 SAN FRANCISCO, CA  94117 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2. 49 | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE AGREEMENT | ENCIRCA 400 WEST CUMMINGS PARK SUITE 1725 SUITE 1725, MA  01801 |
| | State the term remaining — 4 MONTHS | |
| | List the contract number of any government contract | |
| 2. 50 | State what the contract or lease is for and the nature of the debtor's interest — OTHER AGREEMENT | ERX NETWORK PO BOX 572490 MURRAY, UT  84157-2490 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2. 51 | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE AGREEMENT | EXPENSIFY.COM 401 SW 5TH AVENUE PORTLAND, OR  97204 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2. 52 | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE AGREEMENT | FALCON IO US INC 200 VESEY STREET, 19TH FLOOR NEW YORK, NY  10281 |
| | State the term remaining | |
| | List the contract number of any government contract | |
| 2. 53 | State what the contract or lease is for and the nature of the debtor's interest — SOFTWARE AGREEMENT | FIGMA 760 MARKET STREET FLOOR 10 SAN FRANCISCO, CA  94102 |
| | State the term remaining — 3 MONTHS | |
| | List the contract number of any government contract | |

Debtor Hey Favor, Inc.
Nam

Case Number (if known): 23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 54 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | FIREBASE (GOOGLE) 22 4TH ST SUITE 1000 SAN FRANCISCO, CA 94103 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 55 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | FISCALNOTE, INC. 1201 PENNSYLVANIA AVE NW, 6TH FLOOR WASHINGTON, DC 20004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 56 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | FIVETRAN INC 1221 BROADWAY 24TH FLOOR OAKLAND, CA 94612 |
| | State the term remaining | 9 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 57 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | FLATWORLD SOLUTIONS INC PRINCETON FORRESTAL VILLAGE, 116 VILLAGE BLVD SUITE 200 PRINCETON, NJ 08540 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 58 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | FULLSTORY, INC. 1745 PEACHTREE ST. NW, SUITE G ATLANTA, GA 30309 |
| | State the term remaining | 6 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 59 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | GITHUB.COM 5N4VA 4154486673 CA 88 COLIN P KELLY JR STREET SAN FRANSISCO, CA 94107 |
| | State the term remaining | 7 MONTHS | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.                                                Case Number (if known):     23-41091
Nam

■ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2. 60 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | GODADDY.COM<br>2155 E. GODADDY WAY<br>TEMPE, AZ  85284 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 61 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | GOGOCARE, LLC<br>251 LITTLE FALLS DRIVE<br>WILMINGTON, DE  19808 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 62 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | GOOGLE CLOUD<br>1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA  94043 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 63 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | GOOGLE LLC<br>DEPT. 33654 PO BOX 39000<br>SAN FRANCISCO, CA  94139 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 64 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | HESPER.IO INC<br>485 MCGILL<br>SUITE 200<br>MONTREAL, QC  H2Y 2H4 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 65 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | HRA PHARMA AMERICA INC<br>36 CATTANO AVE., SUITE 400<br>MORRISTOWN, NJ  07960 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 66 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | INNOVATION ASSOCIATES, INC. 530 COLUMBIA DRIVE JOHNSON CITY, NY 13790 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 67 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | INTUIT 2800 E COMMERCE CENTER PLACE TUCSON, AZ 85706 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 68 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | IRONCLAD, INC. 71 STEVENSON ST. #600 SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 69 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ITERABLE, INC 71 STEVENSON ST. SUITE 300 SAN FRANCISCO, CA 94105 |
| | State the term remaining | 3 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 70 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | KANDJI, INC. 101 WEST BROADWAY SUITE 1440 SAN DIEGO, CA 92101 |
| | State the term remaining | 8 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 71 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | KEEPER SECURITY, INC 820 W JACKSON BLVD , SUITE 400 CHICAGO, IL 60607 |
| | State the term remaining | 6 MONTHS | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.

Nam

Case Number (if known):    23-41091

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 72 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | LEVEL UP TECHNOLOGY LLC<br>20929 VENTURA BLVD<br>SUITE 47<br>WOODLAND HILLS, CA  91364 |
| | **State the term remaining** | 7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 73 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | LEXIS NEXIS<br>28544 NETWORK PLACE<br>CHICAGO, IL  60673-1285 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 74 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | LINKEDIN CORPORATION<br>62228 COLLECTIONS CENTER DRIVE<br>CHICAGO, IL  60693 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 75 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | LOGZ.IO<br>253 SUMMER STREET<br>BOSTON, MA  02210 |
| | **State the term remaining** | 10 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 76 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | MICROSOFT ONLINE, INC<br>PO BOX 847543<br>DALLAS, TX  75284-7543 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2. 77 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | MONGODB, INC.<br>1633 BROADWAY<br>38TH FLOOR<br>NEW YORK, NY  10019 |
| | **State the term remaining** | 8 MONTHS | |
| | **List the contract number of any government contract** | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2. 78 **State what the contract or lease is for and the nature of the debtor's interest** LEASE AGREEMENT<br>**State the term remaining**<br>**List the contract number of any government contract** | MRK DEVELOPMENT<br>PO BOX 245<br>SAN CARLOS, CA 94070 |
| 2. 79 **State what the contract or lease is for and the nature of the debtor's interest** SUPPLIER AGREEMENT<br>**State the term remaining**<br>**List the contract number of any government contract** | MYLAN PHARMACEUTICALS INC.<br>GLOBAL INTEGRATED SERVICES - FSS<br>781 CHESTNUT RIDGE ROAD<br>MORGANTOWN, WV 26505 |
| 2. 80 **State what the contract or lease is for and the nature of the debtor's interest** SOFTWARE AGREEMENT<br>**State the term remaining**<br>**List the contract number of any government contract** | NATIONAL HEALTH INFORMATION<br>PO BOX 227216<br>DALLAS, TX 75222 |
| 2. 81 **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE<br>**State the term remaining**<br>**List the contract number of any government contract** | NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.<br>1271 AVENUE OF THE AMERICAS 35TH FLR.<br>NYC, NY 10020-1304 |
| 2. 82 **State what the contract or lease is for and the nature of the debtor's interest** OTHER AGREEMENT<br>**State the term remaining**<br>**List the contract number of any government contract** | NAVIA BENEFIT SOLUTIONS<br>PO BOX 53250<br>BELLEVUE, WA 98015-3250 |
| 2. 83 **State what the contract or lease is for and the nature of the debtor's interest** INSURANCE<br>**State the term remaining**<br>**List the contract number of any government contract** | NAVIGATORS SPECIALTY INSURANCE COMPANY<br>1 PENN PLAZA 32ND FLOOR<br>NEW YORK, NY 10119 |

Debtor  Hey Favor, Inc.

Nam

Case Number (if known):    23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 84 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | NCLOUDS, INC<br>32 W 200 SOUTH<br>SALT LAKE CITY, UT  84101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 85 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | NEODYNAMICS<br>170 CHOPP CT<br>BELLVUE, CO |
| | **State the term remaining** | 9 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 86 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | NEW RELIC<br>188 SPEAR STREET<br>SUITE 1200<br>SAN FRANCISCO, CA  94105 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 87 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | NINJAONE,LLC<br>3687 TAMPA RD<br>STE 200<br>OLDSMAR, FL  34677 |
| | **State the term remaining** | 7 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 88 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | NOPS<br>1034 EMERALD BAY ROAD #430<br>SOUTH LAKE TAHOE, CA  96150 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 89 | **State what the contract or lease is for and the nature of the debtor's interest** | PROFESSIONAL SERVICES | OGLETREE, DEAKINS, NASH, SMOAK, & STEWART, P C<br>PO BOX 89<br>COLUMBIA, SC  29202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor  Hey Favor, Inc.                                                    Case Number (if known):    23-41091

Nam

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 90 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | ONELOGIN, INC. (CDW) PO BOX 75723 CHICAGO, IL  60675 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 91 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | ORACLE AMERICA, INC. 500 ORACLE PARKWAY REDWOOD CITY, CA  94065 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 92 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | OUTLIANT LLC 1401 LAVACA ST. PMB 40468 AUSTIN, TX  78701 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 93 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | PBSTAR 1814 WILSON CIRCLE ERIE, CO  80516 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 94 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | POSTCARDMANIA 2145 SUNNYDALE BLVD CLEARWATER, FL  33765 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 95 | **State what the contract or lease is for and the nature of the debtor's interest** | ADVERTISING AGREEMENT | POSTCLICK 20885 REDWOOD RD CASTRO VALLEY, CA  94546 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

▪ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 96 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | PRECISIONXTRACT<br>9100 KEYSTONE CROSSING, SUITE 460<br>INDIANAPOLIS, IN  46240 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 97 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT | PRESIDIO TRUST<br>PO BOX 29546<br>SAN FRANCISCO, CA  94129 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 98 | **State what the contract or lease is for and the nature of the debtor's interest** | SERVICES AGREEMENT | PRINCIPAL BUILDERS, INC.<br>329 BRYANT ST., SUITE 2C<br>SAN FRANCISCO, CA  94107 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 99 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | PRITUNL ENTERPRISE<br>1700 7TH AVE<br>STE 116-211<br>SEATTLE, WA  98101 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 100 | **State what the contract or lease is for and the nature of the debtor's interest** | OTHER AGREEMENT | PROVIDERTRUST, INC.<br>PO BOX 306121<br>NASHVILLE, TN  97230 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 101 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | QUALTRICS, LLC<br>333 W RIVER PARK DR<br>PROVO, UT  84604 |
| | **State the term remaining** | 10 MONTHS | |
| | **List the contract number of any government contract** | | |

Debtor  Hey Favor, Inc.                                                    Case Number (if known):    23-41091
Nam

■  **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 102 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | RIGHT SIDE UP, LLC<br>9901 BRODIE LANE, SUITE 160 PMB515<br>AUSTIN, TX  78748 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 103 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ROCKETREACH LLC<br>1100 BELLEVUE WAY NE<br>STE 8A #91<br>BELLEVUE, WA  98004 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 104 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ROOTS AUTOMATION INC.<br>63 LISPENARD STREET, APT 5A<br>NEW YORK, NY  10013 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 105 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | SACATELLE HOLDINGS LLC<br>5632 W WASHINGTON BLVD<br>LOS ANGELES, CA  90016 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 106 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SALESFORCE, INC.<br>415 MISSION STREET<br>3RD FLOOR<br>SAN FRANCISCO, CA  94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 107 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | SARAH THOMAS<br>1092 ARBOR RUN PL<br>BRENTWOOD, TN  37027 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
|---|---|---|---|
| | Nam | | |

⬛ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 108 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SEGMENT.IO, INC<br>101 SPEAR STREET FLOOR 1<br>SAN FRANCISCO, CA 94105-1580 |
| | **State the term remaining** | 5 MONTHS | |
| | **List the contract number of any government contract** | | |
| 2. 109 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SEMRUSH INC<br>800 BOYLSTON STREET<br>SUITE 2475<br>BOSTON, MA 02199 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 110 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SENDGRID<br>1801 CALIFONIA SUITE,<br>DENVER, CO 80202 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 111 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SENTRY<br>45 FREMONT STREET<br>8TH FLOOR<br>SAN FRANCISCO, CA 84105 |
| | **State the term remaining** | MONTH TO MONTH | |
| | **List the contract number of any government contract** | | |
| 2. 112 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SHUTTERSTOCK<br>350 5TH AVENUE<br>21ST FLOOR<br>NEW YORK, NY 10118 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2. 113 | **State what the contract or lease is for and the nature of the debtor's interest** | SOFTWARE AGREEMENT | SIMPLISAFE<br>100 SUMMER STREET<br>SUITE 300<br>BOSTON, MA 02110 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |

Debtor　Hey Favor, Inc.

Nam

Case Number (if known):　23-41091

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 114 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SLACK TECHNOLOGIES, LLC 500 HOWARD ST. SAN FRANCISCO, CA 94105 |
| | State the term remaining | 5 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 115 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SOCURE INC. 330 7TH AVE., SUITE 201 NEW YORK, NY 10001 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 116 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SPECIAL ORDER SYSTEMS INC. 3877 SHAWN WAY STE 200 LOOMIS, CA 95650 |
| | State the term remaining | 14 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 117 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SPEEDCURVE 36 VALLEY ROAD, TITIRANGI AUCKLAND,　0604 NEW ZEALAND |
| | State the term remaining | 11 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 118 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | SPRIG TECHNOLOGIES INC. 2021 FILLMORE STREET #98183 SAN FRANCISCO, CA 94115 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 119 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | STERICYCLE, INC. 4010 COMMERCIAL AVE. NORTHBROOK, IL 60062 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 120 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | STORYBLOCKS.COM<br>1515 N COURTHOUSE RD<br>ARLINGTON, VA  22201 |
| 2. 121 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | STRIPE<br>510 TOWNSEND STREET<br>SAN FRANCISCO, CA  94103 |
| 2. 122 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | SUZY, INC.<br>228 PARK AVE SOUTH<br>PMB 85529<br>NEW YORK, NY  10003-1502 |
| 2. 123 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | TASKHUMAN INC<br>3790 EL CAMINO REAL, #850<br>PALO ALTO, CA  94306 |
| 2. 124 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | TAXJAR<br>462 WASHINGTON ST<br>3066<br>WOBURN, MA  01888 |
| 2. 125 | **State what the contract or lease is for and the nature of the debtor's interest**<br><br>**State the term remaining**<br><br>**List the contract number of any government contract** | SOFTWARE AGREEMENT | THERAPEUTIC RESEARCH CENTER, LLC<br>DEPT. LA 24176<br>PASADENA, CA  91185 |

Debtor   Hey Favor, Inc.

Nam

Case Number (if known):    23-41091

## ▮ Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2. 126 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | THERAPEUTICSMD INC<br>PO BOX 745613<br>ATLANTA, GA  30374-5613 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 127 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | TPX COMMUNICATIONS<br>PO BOX 123279 DEPARTMENT 3279<br>DALLAS, TX  75312 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 128 | State what the contract or lease is for and the nature of the debtor's interest | LOAN AGREEMENT | TRIPLE POINT CAPITAL<br>SAJAL SRIVASTAVE, PRESIDENT<br>2755 SAND HILL RD<br>STE 150<br>MENLO PARK, CA  94025 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 129 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | TROPIC TECHNOLOGIES<br>28 WEST 25TH STREET FLOOR 11<br>NEW YORK, NY  10010 |
| | State the term remaining | 5 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 130 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | TWENTY NINE ENTERPRISES, INC.<br>165 BROADWAY, 23RD FLOOR<br>NEW YORK, NY  10006 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 131 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | TWILIO INC.<br>375 BEALE STREET SUITE 300<br>SAN FRANCISCO, CA  94105 |
| | State the term remaining | 7 MONTHS | |
| | List the contract number of any government contract | | |

Debtor  Hey Favor, Inc.                                             Case Number (if known):    23-41091

Nam

▮ **Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 132 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | TWINGATE INC. 541 JEFFERSON AVE., SUITE 100 REDWOOD CITY, CA  94063 |
| | State the term remaining | 6 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 133 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | USERIFY 13809 RESEARCH BLVD SUITE 500 AUSTIN, TX  78750 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 134 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | USERTESTING.COM 690 5TH STREET SAN FRANCISCO, CA  94107 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 135 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | VERU, INC 2916 N MIAMI AVENUE, SUITE 1000 MIAMI, FL  33127 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 136 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | VIRTRU CORPORATION 1801 PENNSYLVANIA AVENUE NW 5TH FLOOR WASHINGTON, DC  20006 |
| | State the term remaining | 12 MONTHS | |
| | List the contract number of any government contract | | |
| 2. 137 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | VOX NUTRITION, INC 5647 WELLS PARK ROAD WEST JORDAN, UT  84081 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | | Case Number (if known): | 23-41091 |
| | Nam | | | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2. 138 | State what the contract or lease is for and the nature of the debtor's interest | LEASE AGREEMENT | WEWORK INC. 555 W 5TH ST, 35TH NEW YORK, NY 10011 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 139 | State what the contract or lease is for and the nature of the debtor's interest | OTHER AGREEMENT | XEROX BUSINESS SOLUTIONS SOUTHWEST 8200 INTERSTATE 10 SAN ANTONIO, TX 78230 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 140 | State what the contract or lease is for and the nature of the debtor's interest | SUPPLIER AGREEMENT | XIROMED, LLC PO BOX 21112 NEW YORK, NY 10087-1110 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 141 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | YOINK 43 ROCKCLIFFE WAY OTTAWA, ON K1M 1B4 CANADA |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 142 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | YOTPO.COM 400 LAFAYETTE STREET 4TH FLOOR NEW YORK, NY 10003 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2. 143 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ZEPLIN, INC 221 MAIN STREET SUITE 770 SAN FRANCISCO, CA 94105 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
|---|---|---|---|
| | Nam | | |

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2. 144 | State what the contract or lease is for and the nature of the debtor's interest | SOFTWARE AGREEMENT | ZOOM VIDEO COMMUNICATIONS, INC. 55 ALMADEN BLVD , 6TH FLOOR SAN JOSE, CA  95113 |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

<table>
<tr><td colspan="4"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

| Debtor 1 | Hey Favor, Inc. | | |
|---|---|---|---|
| United States Bankruptcy Court for the: | Northern | District of | Texas |
| | | | (State of) |
| Case Number (if known): | 23-41091 | Chapter | |

☐ **Check if this is an amended filing**

# Official Form 206H

## SCHEDULE H - CODEBTORS

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No   Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.1 | FVR MEDICAL GROUP OF KANSAS, PA 2900 SW WANAMAKER DRIVE SUITE 204 TOPEKA, KS  66614 | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | FVR MEDICAL GROUP OF NEW JERSEY, PC PRINCETON SOUTH CORPORATE CTR, SUITE 160 100 CHARLES EWING BLVD. EWING, NJ  08628 | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | FVR MEDICAL GROUP OF TEXAS, PA 211 E. 7TH ST. SUITE 620 AUSTIN, TX  78701 | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | FVR MEDICAL GROUP, INC. FKA THE PILL CLUB MEDICAL GROUP, INC. 3 E. 3RD AVENUE, SUITE 200 SAN MATEO, CA  94401 | | ☐ D<br>☐ E/F<br>☐ G |
| 2.5 | MEDPRO PHARMACY, LLC DBA TPC PHARMACY 4200 BUCKINGHAM ROAD, SUITE 105B FORT WORTH, TX  76155 | TRIPLE POINT CAPITAL | ☑ D<br>☐ E/F<br>☐ G |
| 2.6 | MOBIMEDS, INC. 4200 BUCKINGHAM RD SUITE 115 FORT WORTH, TX  76155-2628 | TRIPLE POINT CAPITAL | ☑ D<br>☐ E/F<br>☐ G |

| Debtor | Hey Favor, Inc. | Case Number (if known): | 23-41091 |
|---|---|---|---|
| | Name | | |

## Additional Page to List More Codebtors

| | Column 1: Codebtor Name and Mailing Address | Column 2: Creditor Name | Check all schedules that apply: |
|---|---|---|---|
| 2.7 | THE PILL CLUB PHARMACY HOLDINGS, LLC<br>411 BOREL AVE., SUITE 100<br>SAN MATEO, CA 94402 | TRIPLE POINT CAPITAL | ☑ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case and this filing:**

Debtor Name ___Hey Favor, Inc___

United States Bankruptcy Court for the: ___Northern___ District of ___Texas___
(State)

Case number (*If known*): ___23-41091___

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ *Other document that requires a declaration*_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___06/13/2023___        ✗ ___/s/ Elizabeth Meyerdirk___
MM / DD / YYYY            Signature of individual signing on behalf of debtor

___Elizabeth Meyerdirk___
Printed name

___Chief Executive Officer___
Position or relationship to debtor

Official Form 202        **Declaration Under Penalty of Perjury for Non-Individual Debtors**